PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

District of Guam



FILED
DISTRICT COURT OF GUAM

JAN 05 2006 ᵍᵖ

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

CARLEDEN ABADESCO

CRIMINAL CASE NO. 02-00062-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **December 22, 2005**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon Johnson, AUSA
    John Gorman, Federal Public Defender
    Guam Bureau of Immigration and Customs Enforcement
    File

RECEIVED
DEC 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 5th day of ~~December~~ January 2005

_____
FRANCES TYDINGCO-GATEWOOD
Designated Judge

ORIGINAL